# CIVIL CAUSE FOR INITIAL CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**DATE:** March 20, 2018        **TIME:** 11:45 a.m.

**CASE NUMBER:**   2:17-cv-06746-SJF-AKT

**CASE TITLE:**    Guerrero v. Miller & Milone, P.C.

**PLTFFS ATTY:**   D. Barshay

       X  present            ___ not present

**DEFTS ATTY:**    Wendy Shepps
       X  present            ___ not present

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 20 2018 ★
LONG ISLAND OFFICE

**COURT REPORTER:** N/A           **COURTROOM DEPUTY:** Bryan Morabito
**OTHER:** _____

X   CASE CALLED.

_   ARGUMENT HEARD / CONT'D TO _____.

_   DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER** Defendant to serve motion by 5/3/2018.  Plaintiff to serve opposition by 5/23/2018.  Defendant to serve reply and file fully briefed motion to be filed with the Court by 6/6/2018 at A Status Conference is scheduled for September 6, 2018 at 11:15 a.m. before Judge Sandra J. Feuerstein in Courtroom 1010.