UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 12 2018 ★

LONG ISLAND OFFICE

Jonathan Guerrero,

    Plaintiff,

-against-

Miller & Milone, P.C.,

    Defendant.

Docket No: 2:17-cv-06746-SJF-AKT

### STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: June 11, 2018

**MOUND COTTON WOLLAN &
GREENGRASS LLP**

By: ___/s Wendy Shepps_____
Wendy Shepps, Esq.
1 New York Plaza
New York, New York 10004
Tel: (973) 494-0606
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By:___/s David M. Barshay_____
David M. Barshay
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 112511
*Attorneys for Plaintiff*

The Clerk of Court is directed to close this case.
So ORDERED this 12th day of June 2018 at Central Islip, N.Y.

s/ Sandra J. Feuerstein
Sandra J. Feuerstein, U.S.D.J.